PFE/MBM: NOV 2021
GJ#14

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **DAVID EUGENE ROBERSON** | ) |

## <u>INDICTMENT</u>

### <u>COUNT ONE</u>:
**Possession of Methamphetamine with Intent to Distribute**
**[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)]**

The Grand Jury charges that:

On or about the 25th day of April, 2019, in Shelby County, within the Northern District of Alabama, the defendant,

**DAVID EUGENE ROBERSON,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, such offense involving fifty (50) grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

1

## COUNT TWO:
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### [18 U.S.C. § 924(c)(1)(A)]

The Grand Jury charges that:

On or about the 25th day of April, 2019, in Shelby County, within the Northern District of Alabama, the defendant,

### DAVID EUGENE ROBERSON,

did knowingly possess a firearm, that is, a Rossi .38 caliber pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the drug trafficking offense alleged in Count One of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE:
### Felon in Possession of a Firearm
### [18 U.S.C. § 922(g)(1)]

The Grand Jury charges that:

On or about the 25th day of April, 2019, in Shelby County, within the Northern District of Alabama, the defendant,

### DAVID EUGENE ROBERSON,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Rossi .38 caliber pistol, and said firearm was in and affecting interstate and foreign commerce,

in violation of Title 18, United States Code, Section 922(g)(1). On April 14, 2011, **ROBERSON** was convicted of Unlawful Possession of a Controlled Substance in Shelby County District Court, in case number DC 2011-0050, and on August 28, 2014, **ROBERSON** was convicted of Unlawful Possession of a Controlled Substance in Shelby County District Court, in case number DC 2014-1977, said offenses being a crime punishable by a term of imprisonment exceeding one year.

**FIRST NOTICE OF FORFEITURE:**   **[21 U.S.C. § 853(a)(1) and (a)(2)]**

The Grand Jury further notifies the defendant that:

1.     The allegations of Counts One, Two, and Three of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States pursuant to the provisions of Title 21, United States Code, Sections 853(a)(1) and (a)(2).

2.     Pursuant to Rule 32.2(a), Fed. R. Crim. P., the defendant is hereby notified that, upon conviction of one or more of the offenses alleged in Count One of this Indictment, defendant,

**DAVID EUGENE ROBERSON,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or

part, to commit, or to facilitate the commission of the said violations.

If any of the above-described forfeitable property, as a result of any act or omission of any defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred, or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Sections 853(a)(1) and (a)(2).

## SECOND NOTICE OF FORFEITURE: [18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]

The Grand Jury further notifies the defendant that:

1.    The allegations contained in Counts One, Two, and Three of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense charged in Count Three of this Indictment, in violation of 18 U.S.C. § 922(g)(1), the defendant, **DAVID EUGENE ROBERSON**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense.

A TRUE BILL

*/s/Electronic Signature*

FOREMAN OF THE GRAND JURY          PRIM F. ESCALONA
                                   United States Attorney

                                   */s/Electronic Signature*

                                   M. BLAKE MILNER
                                   Assistant United States Attorney